# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| NAESHAUN S. BRIGGS<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC<br><br>Defendant. | Civil Action No. 2:20-cv-137 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Credit Control, LLC ("Credit Control") hereby removes this action from the General District Court for City of Norfolk, Virginia. As grounds for removal, Credit Control states as follows:

1. On February 14, 2020, Plaintiff filed a lawsuit captioned *Naeshaun Brigss v. Credit Control, LLC,* Case No. GV20005592-00, in the General District Court for the City of Norfolk, Virginia ("State Court Action").

2. Credit Control was served a copy of the Summons with Notice on or after February 18, 2020. As is required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of service on Credit Control of the "Summons with Notice."

3. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Credit Control in the State Court Action are attached hereto at **Exhibit A**.

4. Any civil action filed in a State court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a).

5. The above-captioned case is removable because this Court has original subject matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

6. As is stated in Plaintiff's Summons with Notice, this case arises under federal law, more particularly under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et. seq.

7. Accordingly, this case can be properly removed to this Court pursuant to 28 U.S.C. § 1331 because federal question jurisdiction exists.

8. Under the provisions of 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Virginia is the federal court for the district and division embracing the place where the State Court Action is pending (*i.e.*, Norfolk, Virginia).

9. Credit Control has complied with all applicable requirements of 28 U.S.C. § 1446 for removing this action, including giving written notice of the filing of this Notice of Removal to Plaintiff and filing a copy of the Notice of Removal with the clerk of the Norfolk County General District Court for the Commonwealth of Virginia at or about the same time as this filing.

WHEREFORE, Defendant Credit Control, LLC gives notice that this action is hereby removed from the Norfolk County General District Court for the Commonwealth of Virginia, to the United States District Court for the Eastern District of Virginia.

Dated: March 11, 2020                                Respectfully submitted,

                                                     **CREDIT CONTROL, LLC,**

Stephen H. Sherman
(VSB No. 81223)
Maurice Wutscher LLP
20 F Street NW, 7th Floor
Washington, DC 20001
Direct: (202) 255-2984
Fax: (866) 581-9302
ssherman@mauricewutscher.com

                                                     By:   /s/ Stephen H. Sherman
                                                           One of its Attorneys

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2020, the foregoing document was served via U.S. Mail, postage prepaid and addressed as follows:

Naeshaun S. Briggs
5861 Poplar Hall Dr.
Apt. B20
Norfolk, VA 23502

/s/Stephen H. Sherman