# Exhibit A

Naeshaun Briggs
5861 Poplar Hall Dr Apt B20
Norfolk, VA 23502

ATTN: Credit Control LLC
CT Corporation System
4701 Cox Rd, Ste 285
Glen Allen, VA 23060-6808

**CERTIFIED MAIL**

7018 1130 0000 3681 8650



Forever USA — Barn Swallow

U.S. POSTAGE PAID
FCM LETTER
NORFOLK, VA
23514
FEB 14, 20
AMOUNT
**$3.55**
R2305M143330-13

1024   23060

23060-660860

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia    VA. CODE § 16.1-79

Courtroom 2A 664-4913    Norfolk ................................ General District Court
CITY OR COUNTY

Courtroom 2D 664-4914    150 St. Paul's Blvd., Norfolk, VA 23510
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on 3/16/20 9:00 a.m. ........... to answer the Plaintiff(s)' civil claim (see below).
RETURN DATE AND TIME

........................................    ........................................    ........................................
DATE ISSUED    [ ] CLERK  [ ] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 12,000 ...... net of any credits, with interest at 6 ...... % from date of DOJ ...... until paid,

$ 57.00 ...... costs and $ ...... attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN) 8 violations of TCPA 47 U.S.C. 227(b)(1)(A)(iii) to tele line # 757-383-1933 on 12/13/19, 12/16/19, 12/14/19, 1/3/2020, 1/6/2020, 1/14/2020, 1/14/2020, 1/23/2020

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] cannot be demanded

2/14/2020 ...... ........................................
DATE    [X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ........................................

for $ ...... net of any credits, with interest at ...... % from date

of ...... until paid, $ ...... costs and $ ...... attorney's fees

[ ] and $ ...... costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ........................................

........................................

[ ] NON-SUIT [ ] DISMISSED ........................................

Defendant(s) Present: [ ] NO [ ] YES ........................................

........................................    ........................................
DATE    JUDGE

FORM DC-412 (FRONT) REVISED 10/18    (A194681 6/19)

---

CASE NO.

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Briggs, Naeshkuui S
5801 Poplar Hall Dr
Apt B20
Norfolk, VA 23502
757-383-1933
v.
Credit Control, LLC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Registered Agent: CT Corporation System
4701 Cox Rd Ste 285
Glen Allen, VA 23060-6808

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ........................................    ........................................
         ORDERED    DUE

Grounds of Defense ........................................    ........................................
         ORDERED    DUE

ATTORNEY FOR PLAINTIFF(S)

........................................

........................................

ATTORNEY FOR DEFENDANT(S)

........................................

........................................

---

**HEARING DATE AND TIME**

........................................

........................................

........................................

........................................

........................................

**JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.**

........................................
DATE

........................................
CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| NAME .................................................. | NAME .................................................. | NAME .................................................. |
|---|---|---|
| ADDRESS ............................................ | ADDRESS ............................................ | ADDRESS ............................................ |
| [ ] PERSONAL SERVICE    Tel. No. ............... | [ ] PERSONAL SERVICE    Tel. No. ............... | [ ] PERSONAL SERVICE    Tel. No. ............... |

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND  _____
                    SERVING OFFICER

..................   for _____
DATE

---

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND  _____
                    SERVING OFFICER

..................   for _____
DATE

---

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND  _____
                    SERVING OFFICER

..................   for _____
DATE

---

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

......................................    _____
DATE                                         [ ] Plaintiff
                                             [ ] Plaintiff's Atty.
                                             [ ] Plaintiff's Agent
_____

Fi. Fa. issued on ...............................................................

Interrogatories issued on: ...................................................

Garnishment issued on ......................................................

..................................................................................

FORM DC-412 REVERSE 07/04

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia   VA. CODE § 16.1-79

Courtroom 2A 664-4913

Norfolk ........................................ General District Court
CITY OR COUNTY

Courtroom 2D 664-4914      150 St. Paul's Blvd., Norfolk, VA 23510
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on 3/16/20 9:00 a.m. ........ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

2/14/20        /s/ [signature]
DATE ISSUED    [ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 12,000 net of any credits, with interest at 6 % from date of DOJ until paid,
$ 59.00 costs and $ .................... attorney's fees with the basis of this claim being
[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN) 8 violations of
TCPA 47 U.S.C § 227(b)(1)(A)(iii) to telephone #
757-383-1933 on: 12/12/19; 12/16/19, 12/14/19, 1/3/2020, 1/6/2020
1/4/2020, 1/14/2020, 1/23/2020
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] cannot be demanded

2/14/2020     /s/ N. Briggs
DATE          [X] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ...........................................
for $ .......................... net of any credits, with interest at .............. % from date
of .................... until paid, $ .................. costs and $ ................. attorney's fees
[ ] and $ .................................. costs for Servicemember Civil Relief Act counsel fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] .....................................
...............................................................................................................
[ ] NON-SUIT  [ ] DISMISSED ..........................................................
Defendant(s) Present: [ ] NO  [ ] YES ................................................

..........................................    ...........................................
DATE                                         JUDGE

FORM DC-412 (FRONT) REVISED 10/18   (A194681 6/19)

---

CASE NO. JV20000539-00

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Briggs, Naeshaun S.
5801 Poplar Hall DR
Apt B20
Norfolk, VA 23502
757-383-1933
v.
Credit Control, LLC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Registered Agent: CT Corporation System
4701 Cox Rd Ste 285
Glen Allen, VA 23060-6808

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ................................ ................
                          ORDERED            DUE

Grounds of Defense .............................. ...............
                          ORDERED            DUE

ATTORNEY FOR PLAINTIFF(S)
......................................................................
......................................................................

ATTORNEY FOR DEFENDANT(S)
......................................................................
......................................................................

---

HEARING DATE AND TIME

....................................
....................................
....................................
3406856
....................................

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

....................................
DATE

....................................
CLERK

DISABILITY ACCOMMODATIONS for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| | | |
|---|---|---|
| NAME .................................................... <br> .................................................................. <br> ADDRESS .............................................. <br> .................................................................. <br> [ ] PERSONAL SERVICE   Tel. No. ............... | NAME .................................................... <br> .................................................................. <br> ADDRESS .............................................. <br> .................................................................. <br> [ ] PERSONAL SERVICE   Tel. No. ............... | NAME .................................................... <br> .................................................................. <br> ADDRESS .............................................. <br> .................................................................. <br> [ ] PERSONAL SERVICE   Tel. No. ............... |
| Being unable to make personal service, a copy was delivered in the following manner: <br><br> [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. <br><br> [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) <br><br> [ ] Served on Secretary of the Commonwealth | Being unable to make personal service, a copy was delivered in the following manner: <br><br> [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. <br><br> [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) <br><br> [ ] Served on Secretary of the Commonwealth | Being unable to make personal service, a copy was delivered in the following manner: <br><br> [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. <br><br> [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) <br><br> [ ] Served on Secretary of the Commonwealth |
| [ ] NOT FOUND     SERVING OFFICER <br> ............. for _____ <br> DATE | [ ] NOT FOUND     SERVING OFFICER <br> ............. for _____ <br> DATE | [ ] NOT FOUND     SERVING OFFICER <br> ............. for _____ <br> DATE |

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

....................................     _____
DATE                [ ] Plaintiff
                            [ ] Plaintiff's Atty.
                            [ ] Plaintiff's Agent

Fi. Fa. issued on ............................................................

Interrogatories issued on: ............................................

Garnishment issued on ..................................................

.................................................................................

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia    VA. CODE § 16.1-79

Courtroom 2A 664-4913

Norfolk ........................................ General District Court
CITY OR COUNTY

Courtroom 2D 664-4914

150 St. Paul's Blvd., Norfolk, VA 23510
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

3/16/20  9:00 a.m. .......... to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

2/14/20    /s/ [signature]
DATE ISSUED    [ ] CLERK  [✓] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 12,000 .... net of any credits, with interest at 6 % from date of DOJ until paid,

$ 57.00 costs and $ .............. attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN) 8 violations of
TCPA 47 U.S.C. § 227(b)(1)(A)(iii) to telezine #
757-383-1933 on: 12/12/19; 12/16/19, 12/19/19, 1/3/2020, 1/16/2020,
1/9/2020, 1/14/2020, 1/23/2020

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] cannot be demanded

2/14/2020    N. Briggs
DATE    [X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ..............................

for $ .............. net of any credits, with interest at .......... % from date

of .............. until paid, $ .............. costs and $ .............. attorney's fees

[ ] and $ .............. costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ..............

[ ] NON-SUIT  [ ] DISMISSED ..............

Defendant(s) Present:  [ ] NO  [ ] YES ..............

..............    ..............
DATE    JUDGE

FORM DC-412 (FRONT) REVISED 10/18    (A194681 6/19)

---

CASE NO. ..........

Briggs, Naeshawn S
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
5861 Poplar Hall DR
Apt B20
Norfolk, VA 23502
757-383-1933

Credit Control, LLC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Registered Agent: CT Corporation System
4701 Cox Rd Ste 285
Glen Allen, VA 23060-6808

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars .............. ..............
ORDERED    DUE

Grounds of Defense .............. ..............
ORDERED    DUE

ATTORNEY FOR PLAINTIFF(S)
..............

ATTORNEY FOR DEFENDANT(S)
..............

---

HEARING DATE AND TIME

..............

..............

..............

9/10(?)

..............

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

..............
DATE

..............
CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

| | | |
|---|---|---|
| NAME ............................................................<br><br>............................................................<br><br>ADDRESS ....................................................<br><br>............................................................<br><br>[ ] PERSONAL SERVICE   Tel. No. ............... | NAME ............................................................<br><br>............................................................<br><br>ADDRESS ....................................................<br><br>............................................................<br><br>[ ] PERSONAL SERVICE   Tel. No. ............... | NAME ............................................................<br><br>............................................................<br><br>ADDRESS ....................................................<br><br>............................................................<br><br>[ ] PERSONAL SERVICE   Tel. No. ............... |
| Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>_____<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Served on Secretary of the Commonwealth<br><br>[ ] NOT FOUND   _____<br>                                 SERVING OFFICER<br>....................   for _____<br>DATE | Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>_____<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Served on Secretary of the Commonwealth<br><br>[ ] NOT FOUND   _____<br>                                 SERVING OFFICER<br>....................   for _____<br>DATE | Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>_____<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Served on Secretary of the Commonwealth<br><br>[ ] NOT FOUND   _____<br>                                 SERVING OFFICER<br>....................   for _____<br>DATE |

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

..........................     _____
DATE                          [ ] Plaintiff
                                        [ ] Plaintiff's Atty.
                                        [ ] Plaintiff's Agent

Fi. Fa. issued on .................................................

Interrogatories issued on: .................................................

Garnishment issued on .................................................

.................................................

FORM DC-412 REVERSE 07/04